UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEBORAH H GODFREY<br>other Administratrix of the Estate of<br>HENRY LEE GRAY, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>THE HEALTH AND HOSPITAL<br>CORPORATION OF MARION COUNTY<br>d/b/a ALLISONVILLE MEADOWS,<br>AMERICAN SENIOR COMMUNITIES LLC,<br>THE HEALTH AND HOSPITAL<br>CORPORATION OF MARION COUNTY<br>d/b/a Riverwalk Village,<br><br>Defendants. | No. 1:24-cv-00556-JPH-MJD |
| JOSEPH WILDER Consolidated from<br>Case No. 1:24-cv-557-TWP-MKK,<br><br>Consol Plaintiff. | |

**FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 58**

Having this day directed the entry of final judgment, the Court now enters **FINAL JUDGMENT** in favor of Defendants and against Plaintiffs. Plaintiffs shall take nothing by their complaint and this action is terminated.

Date: 9/30/2026

James Patrick Hanlon
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: Carina Weed
Deputy Clerk, U.S. District Court

Distribution:

All electronically registered counsel